# HIRSCH & TUBIOLO, P.C.
ATTORNEYS AT LAW
1000 REYNOLDS ARCADE BUILDING
16 EAST MAIN STREET
ROCHESTER, NEW YORK 14614-1796

RICHARD S. TUBIOLO
BRYAN S. KORNFIELD*
THOMAS M. BERNACKI
NANCY T-M KUNG, M.D.**
TAYLOR M. HOLMES
ALISON M. LANNI***

ROBERT J. HIRSCH
   (1924-2004)

OF COUNSEL
VINEETA S. BARONOS, M.D.

(585) 546-2434
FAX (585) 546-2511
Not for service pursuant to CPLR § 2103(b)(5)
www.hirschtubiololaw.com

LEGAL ASSISTANT
LINDA A. KENNEDY

PARALEGALS
ANNE L. VOGT
NICOLE S. BELCHER
VIRGINIA M. HOWARD

*ALSO ADMITTED IN MA
** ALSO ADMITTED IN CT
***ALSO ADMITTED IN VA

October 24, 2022

**Via E-Filing**
Honorable Jeremiah J. McCarthy
United State Magistrate Judge
Robert H. Jackson United State Courthouse
2 Niagara Square
Buffalo, New York 14202

  Re: **Strobridge v. City of Elmira, et al.**
     **Civil Docket Number: 1:20-cv-01125-WMS-JJM**

Dear Judge McCarthy:

  Our office represents Third-Party Defendants, PA Wolfenden and Delphi Healthcare, PLLC in the above-captioned matter. Given the complexity of the case and that the primary case started in August 2020, we are several months behind the parties in Discovery Demands. Our office will get up to speed as quickly as possible. However, it will take time to serve Discovery Demands, receive Responses and in addition, to retain experts. I have worked with Mr. Schlather in the past and presently have a malpractice case with him, as well. Accordingly, I would request a reasonable amount of time to evaluate and obtain discovery in this matter. I look forward to participating in the virtual Scheduling Conference which the Court has currently scheduled for November 1, 2022, at 10:00 AM to set a Case Management Order with the parties.

Honorable Jeremiah J. McCarthy
United State Magistrate Judge
Re:Strobridge v. City of Elmira, et al.
 Civil Docket Number: 1:20-cv-01125-WMS-JJM
October 24, 2022
Page 2

Thank you for your consideration in this matter.

Very truly yours,

**HIRSCH & TUBIOLO, P.C.**

Bryan S. Kornfield

BSK/alv
cc: James M. VanDette, Esq. (Via E-Filing)
 John W. Bailey, Esq.(Via E-Filing)
 Raymond M. Schlather, Esq. (Via E-Filing)