UNITED STATES DISTRICT COURT FOR THE
<u>WESTERN DISTRICT OF NEW YORK</u>

BRYCE STROBRIDGE as Administrator of the
Estate of GARY STROBRIDGE,

                Plaintiff,

vs.

CITY OF ELMIRA, *et al.*,

                Defendants.

**NOTICE OF MOTION**

Case No.: 1:20-cv-1125

| | |
|---|---|
| Nature of Action: | Civil Rights |
| Moving Party: | Plaintiff. |
| Directed to: | Defendants. |
| Date and Time: | To be determined by the Court. |
| Place: | United States Courthouse, 2 Niagara Square, Buffalo, New York. |
| Supporting Papers: | Declaration of James M. VanDette, Esq., dated November 7, 2023, with exhibits, and Memorandum of Law. |
| Answering Papers: | If any, are due at least 14 days after service pursuant to Local Rule 7(b)(2)(B) unless the Court issues an Order setting deadlines pursuant to Local Rule 7(B)(1). |
| Reply Papers: | Plaintiff requests the opportunity to Submit reply papers pursuant to Local Rule 7(b)(2)(B). |
| Relief Requested: | An Order compelling Defendants' Complete responses to Plaintiff's Notice to Produce. And compelling |

|  |  |
|---|---|
|  | Defendant Eduardo Oropallo to execute a stipulation unsealing criminal records in state court. |
| Grounds for Relief: | Federal Rule of Civil Procedure 37(a). |

Dated:   November 7, 2023

                                       VANDETTE LAW PLLC

                                       <u>S/ James M. VanDette, Esq.</u>
                                       James M. VanDette, Esq.
                                       Attorneys for Plaintiff
                                       403 Main Street, Suite 600
                                       Buffalo, NY 14203
                                       (716) 806-3500
                                       [jim@vandettelaw.com](mailto:jim@vandettelaw.com)

To:

Jacob P. McNamara, Esq.
**SCHLATHER, STUMBAR, PARKS & SALK, LLP**
Attorneys for Defendant/Third-Party Plaintiff
EDUARDO OROPALLO
200 East Buffalo Street
P.O. Box 353
Ithaca, NY 14851-0353
[jake@ithacalaw.com](mailto:jake@ithacalaw.com)

John W. Bailey, Esq.
**BAILEY JOHNSON & PECK, P.C.**
Attorneys for Defendants/Third-Party Plaintiffs,
CITY OF ELMIRA,
LIEUTENANT WILLIAM SOLD,
CAPTAIN JOHN PERRIGO,
JOSEPH LINEHAN,
BRIANNA BORDEN,
AMANI HADLOCK and
JAMES SAMUELSON
5 Pine West Plaza, Suite 507
Albany, NY 12205
[jwbailey@baileyjohnson.com](mailto:jwbailey@baileyjohnson.com)

Nancy T-M Kung, Esq.
**HIRSCH & TUBIOLO**
Attorneys for Third-Party Defendants,
BRANDEN WOLFENDEN and
DELPHI HEALTHCARE, PLLC
1000 Reynolds Arcade Building
16 East Main Street
Rochester, NY 14614
nkung@hirschtubiololaw.com