UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

BRYCE STROBRIDGE, as Administrator
Of the Estate of GARY EDWARD STROBRIDGE,
ALSO KNOWN AS GARY STROBRIDGE, DECEASED,

                Plaintiff,

v.

                                                  Civil No.: 1:20-cv-01125-WMS-JJM

CITY OF ELMIRA,
LIEUTENANT WILLIAM SOLD,
CAPTAIN JOHN PERRIGO,
JOSEPH LINEHAN,
BRIANNA BORDEN,
AMANI HADLOCK,
EDUARDO OROPALLO and
JAMES SAMUELSON,

                Defendants/Third-Party Plaintiffs,

v.

BRANDEN WOLFENDEN and
DELPHI HEALTHCARE, PLLC,

                Third-Party Defendants.

---

## **NOTICE OF MOTION**

| | |
|---|---|
| Nature of Action: | 1983 Civil Rights |
| Moving Party: | Plaintiff Bryce Strobridge as the Administrator of the Estate of Gary Edward Strobridge, also known as Gary Strobridge, Deceased. |
| Date and Time: | To be determined by the Court. |
| Place: | United States District Court, Western District of New York, 2 Niagara Square, Buffalo, NY 14202. |

1

| | |
|---|---|
| Supporting Papers: | Declaration of James M. VanDette, Esq. dated November 19, 2024. |
| Answering Papers: | If any, are due at least 14 days after service pursuant to Local Rule 2(b)(2)(B) unless the Court issues an Order Setting deadlines pursuant to Local Rule 7 (B)(1). |
| Reply Papers: | The moving party requests the opportunity to submit reply Papers pursuant to Local Rule 7 (B) |
| Relief Requested: | An Order extending the current Case Management Order six (6) months from the date of the current Order, together with further relief as this Court deems just and proper. |
| Grounds for Relief: | Fed. R. Civ. P. 16. |
| Oral Argument: | Requested. |

Dated:        December 6, 2024
                     Buffalo, NY

VANDETTE LAW PLLC
Attorneys for Plaintiff Bryce Strobridge as the Administrator of the Estate of Gary Edward Strobridge, also known as Gary Strobridge, Deceased.

By: /s James M. VanDette
James M. VanDette, Esq.
403 Main Street, Suite 600
Buffalo, NY 14203
(716) 806-3500 Ext. 1

2

To:

Jacob P. McNamara, Esq.
**SCHLATHER, STUMBAR, PARKS & SALK, LLP**
Attorneys for Defendant/Third-Party Plaintiff
EDUARDO OROPALLO
200 East Buffalo Street
P.O. Box 353
Ithaca, NY 14851-0353


John W. Bailey, Esq.
Crystal R. Peck, Esq.
**BAILEY JOHNSON & PECK, P.C.**
Attorneys for Defendants/Third-Party Plaintiffs,
CITY OF ELMIRA,
LIEUTENANT WILLIAM SOLD,
CAPTAIN JOHN PERRIGO,
JOSEPH LINEHAN,
BRIANNA BORDEN,
AMANI HADLOCK and
JAMES SAMUELSON
5 Pine West Plaza, Suite 507
Albany, NY 12205


Bryan S. Kornfield, Esq.
Taylor Holmes, Esq.
**HIRSCH & TUBIOLO**
Attorneys for Third-Party Defendants,
BRANDEN WOLFENDEN and
DELPHI HEALTHCARE, PLLC
1000 Reynolds Arcade Building
16 East Main Street
Rochester, NY 14614