

Main Office: 403 Main St., Suite 600, Buffalo, NY 14203
Dunkirk: 314 Central Ave. Suite 200, Dunkirk, NY 14048 *not for service*
P 716.806.3500 · F 716.303.7660
W www.vandettelaw.com

March 27, 2025

VIIA EMAIL ONLY – mccarthy@nywd.uscourts.gov
Hon. Jeremiah J. McCarthy
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, NY 14202

    RE:    Strobridge v. City of Elmira, et. al.
             Case No.: 1:20-cv-01125-WMS-JJM

Dear Judge McCarthy:

Please allow this letter to serve as a request for a conference in an effort to resolve a discovery dispute in regard to the above-referenced matter.

As you are aware, this claim involves an injury and subsequent death of Plaintiff's Decedent, Gary Strobridge during an interaction with certain City of Elmira Police Officers. Depositions of defendant Officer Eduardo Oropallo were held on November 11, 2024.

Following said deposition, plaintiff served a Notice to Produce on counsel for the City of Elmira requesting a number of training material and procedures in place at the time of the incident by letter dated November 15, 2024

Further, by separate letter dated November 15, 2024, a Notice to Produced was served on counsel for Officer Eduardo Oropallo requesting an authorization to obtain Oropallo's Worker's Compensation records.

Counsel for Officer Oropallo has advised that defendant does not know the relevant Worker's Compensation information necessary to provide the requested authorization, however this information may be known by defendant City of Elmira.

Despite multiple attempts on behalf of the plaintiff by emails dated January 7, 2025, February 3, 2025, and February 27, 2025, no response to the subject Notices to Produce have been served.

I would welcome a conference between all parties so that we may resolve this matter without the need for motion practice.

| JAMES M. VANDETTE | PATRICK A. MAKIN |
|---|---|
| E: jim@vandettelaw.com | E: patrick@vandettelaw.com |
| RICHARD J. MORRISROE | CHRISTINA TRETTER-HERRIGER |
| E: richm@vandettelaw.com | E: christina@vandettelaw.com |

Thank you for your time and attention.

Very truly yours,

VANDETTE LAW PLLC

James M. VanDette, Esq.
JMV/mf

cc:     VIA EMAIL ONLY -     Bryan S. Kornfield, Esq. – bkornfield@hirschtubiololaw.com
Taylor Holes, Esq. – tholmes@hirschtubiololaw.com
Jacob P. McNamera, Esq. – jake@ithicalaw.com
John W. Bailey, Esq. – jwbailey@baileyjohnson.com
Crystal R. Peck, Esq. – crpeck@baileyjohnson.com

JAMES M. VANDETTE
E: jim@vandettelaw.com

PATRICK A. MAKIN
E: patrick@vandettelaw.com

RICHARD J. MORRISROE
E: richm@vandettelaw.com

CHRISTINA TRETTER-HERRIGER
E: christina@vandettelaw.com