UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

BRYCE STROBRIDGE, as Administrator of the
Estate of GARY EDWARD STROBRIDGE, ALSO
KNOWN AS GARY STROBRIDGE, DECEASED

      Plaintiff,    Civil Action No.:1-20-CV-01125-WMS-JJM

vs.

CITY OF ELMIRA,
LIEUTENANT WILLIAM SOLD,
CAPTAIN JOHN PERRIGO,
JOSEPH LINEHAN,
BRIANNA BORDEN,
AMANI HADLOCK,
EDUARDO OROPALLO and
JAMES SAMUELSON,

      Defendants/Third-Party Plaintiffs,

vs.

BRANDEN WOLFENDEN and DELPHI HEALTHCARE, PLLC,

      Third-Party Defendants.
_____

## NOTICE OF INTENDED SERVICE OF APPENDED SUBPOENA

  PLEASE TAKE NOTICE that the Plaintiff intends to effect service of the appended subpoena duces tecum promptly upon Kyle Thorpe. The date of compliance is June 25, 2025. You are being notified in accordance with the requirements of Fed. R. Civ. P. 45(a)(4).

Dated:  Buffalo, New York      **VANDETTE LAW PLLC**
     May 19, 2025

                     _____
                     James M. VanDette, Esq.
                       Attorneys for Plaintiff
                      403 Main Street, Suite 600
                       Buffalo, New York 14203
                          (716) 806-3500
                       jim@vandettelaw.com